UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT, et al,<br><br>　　　　　Defendants. | CASE NO. 3:15-cv-05555-RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS DOE DEFENDANTS WITHOUT PREJUDICE |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation (Dkt. 23);

(2)　John Does 1-25 and Jane Does 1-25 are DISMISSED as parties to the case WITHOUT PREJUDICE.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

1     Dated this 2nd day of March, 2016.

_Robert J. Bryan_ (signature)

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION TO DISMISS DOE
DEFENDANTS WITHOUT PREJUDICE - 2