UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES ROBINSON,<br><br>               Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER GALINA DIXON, ARNP,<br><br>               Defendant. | CASE NO. 3:15-CV-05555-RJB-DWC<br><br>ORDER ON REPORT AND RECOMMENDATION ON DEFENDANT DIXON'S MOTION TO DISMISS |

    The Court having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation (Dkt. 33);

    (2)    Plaintiff may file an amended complaint properly alleging a claim against Defendant Galina Dixon **on or before July 18, 2016**;

1  (3) If Plaintiff fails to timely file an appropriate amended complaint against Defendant Galina Dixon, Defendant Galina Dixon's Motion to Dismiss will be granted.

The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. David W. Christel.

Dated this 21st day of June, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge