UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES ROBINSON,

          Plaintiff,

   v.

WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER GALINA DIXON, ARNP,,

          Defendants.

CASE NO. 3:15-CV-05555-RJB-DWC

ORDER ON REPORT AND RECOMMENDATION ON DEFENDANT DIXON'S MOTION TO DISMISS

The Court having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 40), objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court denies Defendant Dixon's Motion to Dismiss (Dkt. 38) without prejudice as moot.

(3)    The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. David W. Christel.

Dated this 22nd day of August, 2016..

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge